FILED
IN CLERKS OFFICE

2006 DEC 19 A 11:32

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PETER M. FLINN, | ) CASE NO. Alexander |
| Plaintiff, | ) **06 CA 1226 4 RWZ** |
| v. | ) |
| UGS CORPORATION, BRIAN FRATTAROLI AND DAVID WERNER, | ) NOTICE OF REMOVAL OF CIVIL ACTION |
| Defendants. | ) |

TO: UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

NOW COME Defendants UGS Corporation ("UGS"), Brian Frattaroli and David Werner ("Defendants"), by and through their attorneys, and hereby give notice of the removal of this suit from the Superior Court of Middlesex County of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts, and respectfully submit to this Honorable Court:

1. UGS accepted service of the Complaint and the Amended Complaint on November 29, 2006. (A copy of the Summons and Complaint served on UGS is attached hereto as Exhibit A and the Amended Complaint is attached as Exhibit B). Defendants Frattaroli and Werner accepted service of the Complaint and the Amended Complaint on December 13, 2006.

2. This is an action over which this Court has original jurisdiction because this Court has diversity jurisdiction over this lawsuit and this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and (b) and § 1446(b).

3. As admitted in the Complaint, Plaintiff is a citizen of the Commonwealth of Massachusetts. (Complaint ¶ 1) (Stating that plaintiff "is an individual residing at 18 Warwick Drive, Westwood, Norfolk County, Massachusetts 02090").

4. Defendant UGS is a Delaware corporation with its corporate headquarters and principal place of business in Texas. (Declaration of Matt Meade at ¶ 2, attached hereto as Exhibit C). Accordingly, Defendant UGS is not a citizen of the Commonwealth of Massachusetts.

5. Defendant Brian Frattaroli is an individual who is a citizen of the state of Connecticut. (Declaration of Brian Frattaroli at ¶ 1, attached hereto as Exhibit D). Accordingly, Defendant Frattaroli is not a citizen of the Commonwealth of Massachusetts.

6. Defendant David Werner is an individual who is a citizen of the state of Florida. (Declaration of David Werner at ¶ 1, attached hereto as Exhibit E). Accordingly, Defendant Werner is not a citizen of the Commonwealth of Massachusetts.

7. As evidenced by the attached Complaint and Declaration of Matt Meade, the amount in controversy in this case exceeds $75,000.00, exclusive of interest and costs. Specifically, Plaintiff is seeking damages for lost wages. Plaintiff's salary at the time of his separation from UGS on October 7, 2005 was $58,762.44 per year. (Meade Dec. ¶ 4). Thus, his potential back pay damages alone are over $68,500.44. Plaintiff also is seeking damages for front pay, lost benefits, emotional distress, and for attorney fees, which would further add to the amount in controversy in this case. (Complaint p. 5, ¶¶ 1-3). These damages and attorneys fees are authorized to be awarded on Plaintiff's claims under Massachusetts G.L. Ch. 151B § 9.

8. Therefore, the requirements of 28 U.S.C. § 1332(a) have been met in that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and because it is a civil action between citizens of different states.

9. The United States District Court for the District of Massachusetts therefore has original jurisdiction over this matter.

10. Accordingly, this action is a civil action that may be removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b) and § 1446(b).

11. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days after service of the Complaint on Defendants.

12. As required by 28 U.S.C. § 1446(d), Defendants will this day provide written notice of the filing of this Notice of Removal to Bartholomew P. Molloy, Esq., Molloy & Associates, P.C., 300 East Main Street, Milford, Massachusetts 01757. (A copy of the Notice to Opposing Counsel of Removal of Action to Federal Court (without attachment) is attached hereto as Exhibit F.)

13. Finally, Defendants will promptly file a true and correct copy of its Notice of Removal with the Clerk of the Superior Court for Middlesex County of the Commonwealth of Massachusetts as provided by 28 U.S.C. § 1446(d). (A copy of the Notice of Removal to Federal Court (without exhibits) is attached hereto as Exhibit G.)

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446(b), Defendants remove this case from the Superior Court for Middlesex County of the Commonwealth of Massachusetts to this Honorable Court.

Respectfully submitted,

*/s/ Laura M. Raisty*

Joseph P. McConnell (BBO #566412)
jmcconnell@morganbrown.com
Laura M. Raisty (BBO #640400)
lraisty@morganbrown.com
**Morgan, Brown & Joy LLP**
200 State Street
Boston, MA 02109
617-523-6666 (Telephone)
617-367-3125 (Facsimile)

and

David A. Posner (OH0042174)
dposner@bakerlaw.com
Kelly M. King (OH0076613)
kking@bakerlaw.com
**BAKER & HOSTETLER LLP**
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)

*Pro Hac Vice* to be Submitted

*Attorneys for Defendants UGS Corporation, Brian Frattaroli, and David Werner*

## PROOF OF SERVICE

A true copy of the foregoing *Notice of Removal of Civil Action* was served upon Plaintiff's counsel Bartholomew P. Molloy, Molloy & Associates, P.C., 300 East Main Street, Milford, MA 01757, via regular U.S. mail on the 19th day of December, 2006.

_____
*Attorneys for Defendants UGS Corporation, Brian Frattaroli, and David Werner*